Octavio Perez
                          Plaintiff,

v.                                                    Case No.: 1:26–cv–00449
                                                         Honorable Elaine E. Bucklo

Intellicheck, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 21, 2026:

      MINUTE entry before the Honorable Elaine E. Bucklo: Scheduling Conference is set for 4/21/26 at 9:45 a.m. (to track the case only; no appearance is required). The joint Rule 26(f) planning report is due 4/14/2026. (The form of the report can be found on Judge Bucklo's webpage at www.ilnd.uscourts.gov.) The Court will enter a schedule based on the report. Mailed notice. (pmh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.