# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| OCTAVIO PEREZ, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No.: 1:26-cv-00449<br>) |
| INTELLICHECK, INC. AND AUTHID, INC., | ) Hon. Elaine E. Bucklo<br>) |
| Defendants. | )<br>) |

## **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**

Defendant authID, Inc. ("Defendant"), by and through its undersigned counsel, respectfully moves this Court for an order extending Defendant's time to answer or otherwise respond to the Complaint, up to and including March 23, 2026. In support of this Motion, Defendant states as follows:

1. Plaintiff Octavio Perez ("Plaintiff") filed a Complaint on January 15, 2026.

2. Defendant was served on January 29, 2026, making its responsive pleading deadline February 19, 2026.

3. Counsel for Defendant is diligently investigating the allegations and requires a 30-day extension to complete its investigation and prepare an appropriate response to the complaint.

4. This is Defendant's first request for an extension, and the extension is sought in good faith and not for the purposes of delay.

5. Counsel for Defendant conferred with Plaintiff's counsel, and Plaintiff's counsel consented to a 30-day extension.

WHEREFORE, Defendant authID, Inc. respectfully requests that this Court extend its time to answer or otherwise plead until March 23, 2026.

137611.000001\4922-1329-3454.1

Dated: February 10, 2026                    Respectfully submitted,

                                            BAKER & HOSTETLER LLP

                                            By:   */s/ Bonnie Keane DelGobbo*
                                                      Joel C. Griswold
                                                      Bonnie Keane DelGobbo
                                                      Katharine H. Walton
                                                      **BAKER & HOSTETLER LLP**
                                                      One North Wacker Drive, Suite 3700
                                                      Chicago, IL  60606-2859
                                                      Telephone:        312.416.6200
                                                      Facsimile:         312.416.6201
                                                      jcgrisold@bakerlaw.com
                                                      bdelgobbo@bakerlaw.com
                                                      kwalton@bakerlaw.com

                                            *Attorneys for authID, Inc*.

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record.

*/s/ Bonnie Keane DelGobbo*