# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| OCTAVIO PEREZ, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No.: 1:26-cv-00449<br>) |
| INTELLICHECK, INC. AND AUTHID, INC., | ) Hon. Elaine E. Bucklo<br>) |
| Defendants. | )<br>) |

## DEFENDANT AUTHID, INC.'S NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on February 18, 2026 at 9:45 AM, or as soon thereafter as it may be heard, Defendant authID, Inc. ("Defendant") shall appear[1] before the Honorable Elaine Bucklo, or any judge sitting in her stead, in Courtroom 2243 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, to present Defendant's Unopposed Motion for Extension of Time to Respond.

Dated: February 10, 2026

Respectfully submitted,

BAKER & HOSTETLER LLP

By:    */s/ Bonnie Keane DelGobbo*
      Joel C. Griswold
      Bonnie Keane DelGobbo
      Katharine H. Walton
      **BAKER & HOSTETLER LLP**
      One North Wacker Drive, Suite 3700
      Chicago, IL 60606-2859
      Telephone:    312.416.6200
      Facsimile:     312.416.6201

---

[1] In accordance with the Court's procedures, the Court will rule by written order and an appearance on the presentment date is not required.

jcgrisold@bakerlaw.com
bdelgobbo@bakerlaw.com
kwalton@bakerlaw.com

*Attorneys for authID, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record.

*/s/ Bonnie Keane DelGobbo*
