UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Octavio Perez
                               Plaintiff,

v.                                                               Case No.: 1:26–cv–00449
                                                              Honorable Elaine E. Bucklo

Intellicheck, Inc., et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 11, 2026:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendant authID, Inc.'s unopposed motion for extension of time to respond to Plaintiff's Complaint [9] is granted to 3/23/2026. Mailed notice. (pmh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.