# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Octavio Perez

                Plaintiff,

v.

Intellicheck, Inc., et al.

                Defendant.

Case No.: 1:26–cv–00449
Honorable Elaine E. Bucklo

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 12, 2026:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendant Intellicheck, Inc.'s second unopposed motion for extension of time to answer, move, or otherwise plead to Plaintiff's Class Action Complaint [23] is granted to 4/22/2026. Scheduling Conference set for 5/19/2026 and its joint planning report shall stand. Mailed notice. (pmh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.